RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ERIN GETTEL
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Erin_Gettel@fd.org

Attorney for Henry Batista

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00090-LDG-VCF |
| Plaintiff, | **STIPULATION TO DISMISS PETITION AND VACATE STATUS CHECK [ECF NO. 48]** |
| v. | |
| HENRY BATISTA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Erin Gettel, Assistant Federal Public Defender, counsel for Henry Batista, that the petition for

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

warrant for offender under supervision[1] be dismissed and that the status conference set for December 12, 2017, be vacated.[2]

DATED this 11th day of December, 2017.

RENE L. VALLADARES
Federal Public Defender

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Erin Gettel*
By_____

ERIN GETTEL
Assistant Federal Public Defender

*/s/ Daniel Cowhig*
By_____

DANIEL COWHIG
Assistant United States Attorney

---

[1] ECF No. 48.

[2] On September 5, 2017, the Court ordered Mr. Batista continued on all previously imposed conditions of his supervised release with two additional modnifications: (1) 90 days of soberlink alcohol monitoring and (2) mental health treatment.

Probation has submitted a report to the court detailing Mr. Batista's completion of all conditions imposed at the September 5, 2017, hearing and recommending that the hearing be vacated. Probation has not joined in the parties' recommendation that the petition be dismissed.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

HENRY BATISTA,

        Defendant.

Case No. 2:13-cr-00090-LDG-VCF

ORDER VACATING STATUS CHECK
AND DISMISSING PETITION
[ECF No. 48]

    Having received a stipulation to dismiss the petition for warrant for offender under supervision and a report from the probation office detailing Batista's completion of the special conditions imposed at the September 5, 2017, revocation hearing,

    IT IS HEREBY ORDERED that the petition for warrant for offender under supervision [ECF No. 48] is DISMISSED, and the status check scheduled for December 12, 2017, is VACATED.

DATED: December 11, 2017

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE